IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUCY IN THE SKY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADOEREN ONLINESTORE et al,<br><br>Defendants. | 2:26-CV-01769-CCW |

**ORDER ON PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE ON DEFENDANTS OUTSIDE THE UNITED STATES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

AND NOW, this 5th day of November, 2026, upon consideration of Plaintiff's Motion for an Order Authorizing Alternative Service on Defendants Outside the United States Pursuant to Federal Rule of Civil Procedure 4(f)(3),

IT IS HEREBY ORDERED that said Motion is GRANTED; the Court finds Plaintiff has made reasonably diligent efforts to ascertain and verify Defendants' mailing addresses;

IT IS FURTHER ORDERED that, the remaining Defendants having previously been provided a copy of the Summons and Complaint both by email and website publication, service of process is deemed accomplished as to these Defendants and Plaintiff shall file a *Summons/Return of Service Return Executed* indicating that such remaining Defendants outside of the United States have been served with the Summons and Complaint.

DATED this 6th day of November, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge